```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AMEENA MEER,                                  :
                                              :
                              Plaintiff,      :
                -against-                     :
                                              :    21-CV-8628 (VEC)
                                              :
OZ MOVING AND STORAGE, INC.,                  :    ORDER
                                              :
                              Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on January 20, 2022, Defendant filed a motion to dismiss, *see* Dkt. 27;

   WHEREAS on February 8, 2022, the parties jointly requested an extension of time to file responsive papers to Defendant's motion, *see* Dkt. 36;

   WHEREAS the same day, the Court granted the parties' request, ordering that Plaintiff's opposition to Defendants' motion was due by February 28, 2022, and Defendant's reply was due by March 7, 2022, *see* Dkt. 37; and

   WHEREAS to date, Plaintiff has not opposed Defendant's motion;

   IT IS HEREBY ORDERED that the parties must, no later than **March 11, 2022**, provide a status update to the Court, including explaining whether the Court should consider Defendant's motion to dismiss unopposed.

**SO ORDERED.**

                                                      _____
**Date: March 4, 2022**                                **VALERIE CAPRONI**
      **New York, New York**                           **United States District Judge**